IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JULIE K. HUTCHINGS, ET AL. | § § | |
| v. | § § | Case No. 2:13-CV-246-JRG-RSP |
| UNITED PARCEL SERVICE, INC., ET AL. | § § § | |

## REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 13, 2014 (Dkt. No. 104) regarding Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 6, filed April 30, 2013.) No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 6) is **DENIED**.

**So Ordered and Signed on this**

**Mar 31, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1