IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JULIE K. HUTCHINGS, ET AL. § § | |
| v. § § | Case No. 2:13-CV-246-JRG-RSP |
| UNITED PARCEL SERVICE, INC., ET AL. § § | |

## ORDER

Currently before the Court is the Report and Recommendation signed by Magistrate Judge Roy Payne on May 29, 2014 (Dkt. No. 183) recommending that that the Defendants' Motion for Partial Summary Judgment (Dkt. No. 128) be denied.

Having reviewed the record and finding no meritorious objections, the Recommendation is adopted. Accordingly, IT IS ORDERED that Defendants' Motion for Partial Summary Judgment (Dkt. No. 128) is **DENIED**.

**So ORDERED and SIGNED this 5th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE