IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JULIE K. HUTCHINGS, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-246-JRG-RSP |
| | § | |
| UNITED PARCEL SERVICE, INC., ET AL. | § | |
| | § | |

## ORDER

Currently before the Court is the Report and Recommendation signed by Magistrate Judge Roy Payne on May 28, 2014 (Dkt. No. 176) recommending that that the Defendants' Motion to Dismiss (Dkt. No. 113) be granted with respect to punitive damages.

The only issue raised by Defendants in their Objection to the Recommendation was that the Recommendation only addressed punitive damages, but not the remainder of the Motion to Dismiss, which was addressed in a separate Report and Recommendation (Dkt. No. 197). Plaintiffs have advised the Court that they will not be filing any objections.

Having reviewed the record and finding no meritorious objections, the Recommendation is adopted. Accordingly, IT IS ORDERED that Defendants' Motion to Dismiss (Dkt. 113) is **GRANTED** with respect to punitive damages.

**So ORDERED and SIGNED this 5th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE