# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JULIE K. HUTCHINGS, ET AL. | § § § § § § | |
| v. | | Case No. 2:13-CV-246-JRG-RSP |
| UNITED PARCEL SERVICE, INC., ET AL. | | |

## ORDER

Currently before the Court is the Report and Recommendation signed by Magistrate Judge Roy Payne on June 4, 2014 (Dkt. No. 197) recommending that that the Defendants' Motion to Dismiss (Dkt. No. 113) be denied to the extent it seeks dismissal of the wrongful death claims.

Having reviewed the record and finding no meritorious objections, the Recommendation is adopted. Accordingly, IT IS ORDERED that Defendants' Motion to Dismiss (Dkt. 113) is **DENIED** to the extent it seeks dismissal of the wrongful death claims.

**So ORDERED and SIGNED this 5th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE