IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| (1) JULIE KATHRYN HUTCHINGS, Individually and on behalf of THE ESTATE OF MICHAEL H. HUTCHINGS; (2) KIMBERLY ANNE HUTCHINGS as next friend of MADISON EVE HUTCHINGS and ANNA MARIE HUTCHINGS; and (3) MAURY SHANE HUTCHINGS<br>　　　　　Plaintiffs<br><br>HAL D. HUTCHINGS and DONA H. HUTCHINGS<br>　　　　　Intervenors<br>vs.<br><br>(1) UNITED PARCEL SERVICE, INC.; and<br>(2) ALBERT RAY SMITH<br>　　　　　Defendants | Case Number: 2:13-cv-00246 |

**FINAL JUDGMENT**

The above-styled and numbered cause was called to trial on June 9, 2014. All parties announced ready for trial, a jury was duly empaneled and the case proceeded to trial. On June 12, 2014, the jury reached a unanimous verdict in favor of Defendants. The Verdict Form (Dkt. 215) was signed by the Jury Foreperson and filed on June 12, 2014. The Court hereby enters judgment on the jury verdict. Based upon the jury's verdict in favor of Defendants, the Court enters Final Judgment that Intervenors/Plaintiffs take nothing from Defendants.

It is ORDERED, ADJUDGED and DECREED that Intervenors/Plaintiffs Hal D. Hutchings and Dona H. Hutchings take nothing on their claims against United Parcel Service, Inc. and Albert Ray Smith. Since all other claims have previously been adjudicated, this Final Judgment disposes of all remaining claims and all remaining parties. All relief not expressly

granted herein is denied. All costs, fees and expenses are taxed against the party incurring same.

**So Ordered and Signed on this**

**Oct 8, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE